UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-MC-00138-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| APPROXIMATELY $12,112.00 IN U.S. CURRENCY, | |
| Defendant. | |

On or about August 10, 2015, Ruth Bambas filed a claim in the administrative forfeiture proceedings with the Federal Bureau of Investigation with respect to the Approximately $12,112.00 in U.S. Currency, which was seized on April 22, 2015.

The Federal Bureau of Investigation sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)–(E), and no person other than Ms. Bambas has filed a claim to the defendant currency as provided by law.

Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim is filed in the administrative forfeiture proceedings.  The court "*may* extend the period for filing a complaint for good cause

1 | shown or upon agreement of the parties." *Id.* (emphasis added).  That deadline was November 6,
2 | 2015.  The court has extended the deadline three times before today.  ECF Nos. 2, 4, 7.  The
3 | extended deadline is now set to expire on May 4, 2016, and the parties request a fourth extension
4 | of time, until June 3, 2016, but do not explain why or how many additional extensions of time are
5 | anticipated.
6 |    The request is GRANTED.  The court does not expect to grant additional
7 | extensions of time absent a showing of good cause.
8 |    IT IS SO ORDERED.
9 | DATED: May 3, 2016

_____
UNITED STATES DISTRICT JUDGE

2